UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROSHAUNDA JACKSON, ET AL

VERSUS

SYNGENTA CROP PROTECTION, LLC, ET AL

CIVIL ACTION

NO. 12-581-SDD-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Stephen C. Riedlinger dated June 11, 2013. Plaintiffs have filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion to Remand* filed by Plaintiffs Roshaunda Jackson, individually and on behalf of her minor child Jackson Cayden Dukes, and Cornell Dukes is hereby denied.

Baton Rouge, Louisiana, July 1, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA