# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROSHAUNDA JACKSON, ET AL.　　　　CIVIL ACTION NO. 3:12-00581-SDD-SCR

VERSUS　　　　JUDGE SHELLY D. DICK

SYGENTA CROP PROTECTION, LLC, ET AL.　　　MAGISTRATE JUDGE REIDLINGER

---

## RULING

Before the Court is *Plaintiffs' Motion to Amend Order and Stay Proceedings* (Rec. Doc. 45). Plaintiffs move the Court to certify its *Order* denying remand (Rec. Doc. 35) for an immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b).

"Section 1292 (b) appeals are exceptional. They are permitted only when there is a substantial difference of opinion about a controlling question of law and the resolution of that question will materially advance, not retard, ultimate termination of the litigation."[1] The Court does not find there to be any "substantial difference of opinion" or split within the district courts of this Circuit. The allegations of the Plaintiffs' *Supplemental and Amending Petition for Damages*, and the record at the time of removal, fail to assert a legally valid claim against either non-diverse Defendants, Sanford or Graham. The Magistrate Judge correctly concluded, and this Court agrees, that Defendants, Sanford and Graham, were improperly joined because they owed no personal duty[2] to Plaintiff, Jackson, under *Canter v. Koehring Co., 283 So.2d 716 (La. 1973)*. The Plaintiffs have not demonstrated a substantial basis for a difference of opinion in this

---

[1] *Clark-Dietz and Associates-Engineers, Inc. v. Basic Construction Company*, 702 F. 2d 67, 69 (5th Cir. 1983).
[2] Duty is a question of law.

1

Circuit as to the application of *Canter.* Likewise, there is no substantial difference of opinion in this Circuit as to the application of *Smallwood v. Illinois Cent. Ry. Co.*[3]

Furthermore, the Court finds that granting an immediate interlocutory will not materially advance the termination of this litigation.

For these Reasons the Plaintiffs' *Motion to Amend Order and Stay Proceedings* and to have this matter certified for immediate interlocutory appeal is DENIED.

Baton Rouge, Louisiana this 23 day of July, 2013.

*Shelly Dick*
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] 385 F.3d 568, 571 (5th Cir. 2004), *en banc.*